**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- X

IN THE MATTER OF NON-PARTY
SUBPOENA SERVED IN:

ABN AMRO Capital USA LLC; Société Générale;
BNP Paribas; Natixis, New York Branch;
Macquarie Bank Limited; Bank Hapoalim BM;
The Bank of Tokyo-Mitsubishi UFJ Ltd., New
York Branch; and Israel Discount Bank of New
York,

                   Plaintiffs,

       v.

Peter G. Johnson, Peter B. Johnson, Mary Johnson,
Timothy Johnson, Thomas Reich, Richard Gary
O'Connor, Nancy Pizzi, and William Yu,

                  Defendants.

-------------------------------------------------------------- X

Case No. _____

[Original case pending in the United
States District Court for the District of
New Jersey, Civ. Action No. 2:18-
00246-SDW-CLW]

## NOTICE OF MOTION TO QUASH SUBPOENA TO NON-PARTY
## AMERRA CAPITAL MANAGEMENT, LLC PURSUANT TO FED. R. CIV. P. 45

    **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated

November 30, 2018, accompanying Declaration of John G. Hutchinson, dated November 30,

2018, with exhibits annexed thereto, non-party AMERRA Capital Management, LLC

("AMERRA") will move this Court at the United States District Courthouse, 500 Pearl Street,

New York, New York 10007, at a date and time designated by this Court, for an Order, pursuant

to Rule 45 of the Federal Rules of Civil Procedure, quashing the non-party subpoena for

documents issued by the plaintiffs in the proceeding *ABN AMRO Capital USA LLC, et al. v.*

*Johnson*, No. 2:18-cv-00246 (D.N.J.) to AMERRA, which demands compliance in New York, at

the offices of Reid Collins & Tsai LLP, and for such other relief as the Court deems just and proper.

Dated: New York, New York
      November 30, 2018                    SIDLEY AUSTIN LLP

By:    /s/ John G. Hutchinson
           John G. Hutchinson
           (jhutchinson@sidley.com)
           Lee S. Attanasio
           (lattanasio@sidley.com)
           Benjamin F. Burry
           (bburry@sidley.com)
           787 Seventh Avenue
           New York, New York 10019
           Telephone: (212) 839-5300
           Facsimile:  (212) 839-5599

           *Attorneys for Non-Party*
           *AMERRA Capital Management, LLC*