# MISCELLANEOUS CASE COVER SHEET

**PLAINTIFFS**

ABN AMRO Capital USA LLC; Société Générale; BNP Paribas; Natixis, New York Branch; Macquarie Bank Limited; Bank Hapoalim BM; The Bank of Tokyo-Mitsubishi UFJ Ltd., New York Branch; and Israel Discount Bank of New York

**Attorney's** (Firm Name, Address, and Telephone Number)

Jeffrey Eric Gross
Reid Collins & Tsai LLP
810 Seventh Avenue, Suite 410
New York, New York 10019
212-344-5200

**DEFENDANTS**

Peter G. Johnson, Peter B. Johnson, Mary Johnson, Timothy Johnson, Thomas Reich, Richard Gary O'Connor, Nancy Pizzi, and William Yu

**Attorneys (If Known)**

Salvatore T. Alfano, 55 Washington St., PO Box 1450, Bloomfield, NJ 07003. (973-743-9390)
Steven Backfisch; Lindabury, McCormick & Estabrook, PC, 53 Cardinal Drive, PO Box 2369, Westfield, NJ 07091. (908-233-6800)
Joseph P. Lasala; McElroy & Carpenter, LLP, 1300 Mount Kemble Avenue, PO Box 2075, Morristown, NJ 07962-2075. (973-993-8100)
Sam Della Fera, Jr.; McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Roseland, NJ 07068. (973-622-3744)
Robert L. Galantucci; Galantucci & Patuto, 55 State St., Hackensack, NJ 07601-7085. (201-646-1100)
Thomas Richard Calcagni; Calcagni & Kanefsky LLP, One Newark Center, 1085 Raymond Boulevard, 14 Fl., Newark, NJ 07102. (862-397-1796)
Alexander Sakin; Law Office of Alexander Sakin, LLC, 433 Broadway, Suite 427, New York, NY 10013. (917-509-7573)
Judith H. Germano; Germano Law LLC, 460 Bloomfield Avenue, Suite 200, Montclair, NJ 07043. (201-247-7970)

**DESCRIPTION OF CASE**

Motion to Quash filed by non-party AMERRA Capital Management, LLC in response to subpoena served by Plaintiffs in the underlying case.

**Has this or a similar case been previously filed in SDNY ?**

No? ☑  Yes? ☐  Judge Previously Assigned _____

If yes, was this case: Vol. ☐  Invol. ☐  Dismissed. No ☐  Yes ☐

If yes, give date _____ & Case No. _____

**NATURE OF CASE**

- ☐ M 08-85 Motion to Compel
- ☑ M 08-85 Motion to Quash
- ☐ M 08-86 Internet Infringement
- ☐ M 08-88 Surety Companies
- ☐ M 08-425 Sureties Proceedings
- ☐ M 11-03 SEC Litigation to Freeze Account
- ☐ M 11-188 Subpoenas - Habeas Corpus
- ☐ M 11-189 Subpoenas - Habeas Corpus
- ☐ M 16-88 Sale of Unclaimed Seamen's Effects
- ☐ M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
- ☐ M 18-302 Registration of a Judgment from Another District
- ☐ M 18-304 Administrative Subpoena Proceedings
- ☐ M 18-305 Registration of Student Loan Judgment
- ☐ M 18-981 Nonjudicial Civil Forfeiture Proceeding
- ☐ M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
- ☐ M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
- ☐ M 19-63 Receivers - Property in Other Districts
- ☐ M 19-78 Denial to Sue In Forma Pauperis
- ☐ M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
- ☐ M 22-2 Designation of individual to issue certified copies in bankruptcy part
- ☐ M 23 Petition to Perpetuate Testimony
- ☐ M 25-1 Order for Entry to Effect Levy - IRS Matter
- ☐ M 25-2 Permission to have access to safe deposit boxes
- ☐ M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union

- ☐ M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
- ☐ M 28 Warrant for Entry & Inspection of Premises
- ☐ M 29 Privacy Act Application
- ☐ M 30 Privacy Act Application
- ☐ M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
- ☐ M 32 Petition for Writ to Produce Federal Prisoner in State Court
- ☐ M 33 Inspection Warrant - Department of Energy
- ☐ M 34 Order of Another District Court that the State Court Produce
- ☐ M 35 Order to Stay Transfer of Federal Prisoner
- ☐ M 36 National Labor Relations Board
- ☐ M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
- ☐ M 38 Application for Reassignment of Bankruptcy Proceeding
- ☐ M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
- ☐ M 41 Order of Return of 28:2254/2255 Petition
- ☐ M 42 Order Denying Stay of Deportation
- ☐ M 43 Contempt of Court in Bankruptcy
- ☐ M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
- ☐ M 46 Order From Another District for Public Viewing
- ☐ M 47 Bankruptcy Cases - Before Appeal Filed
- ☐ M 47B Transmission of Proposed Findings of Fact and Conclusions of Law
- ☐ M 48 Application for Appointment of Counsel - No Case In This Court
- ☐ M 49 Order Denying Commencement of Civil Action

Rev. 06/2017

## NATURE OF CASE CONTINUED

- [ ] M 51 Order to Show Cause - Case Being Transferred from Northern District of New York
- [ ] M 52 Application for Leave to File a Complaint
- [ ] M 53 Order Barring Individual from Entering Courthouse Building
- [ ] M 54 Immigration Naturalization - Order Delaying Deportation
- [ ] M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others
- [ ] M 58 Application for Extension of Time to File Petition for Removal
- [ ] M 59 Application to Produce Federal Prisoner in State Court
- [ ] M 67 Notice of Eviction to Squatters (USA Cases)

- [ ] M 71 Application re: Federal Rules Cr. 11(e)(2)
- [ ] M 72 Order of Attachment of Another District – EDNY
- [ ] M 73 Subpoena to Government Agency
- [ ] M 75 Application for Writ of Garnishment
- [ ] M 76 Central Violations Bureau
- [ ] M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal
- [ ] M 90 Order of Attachment
- [ ] M 93 Letters Rogatory _____
- [ ] M 94 Other _____

**DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:**

JUDGE_____ MISCELLANEOUS CASE NUMBER _____

NOTE: **Please submit at the time of filing an explanation of why cases are deemed related**

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

**DEFENDANT(S) ADDRESS UNKNOWN**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**CHECK ONE:** AT LEAST ONE PARTY IS PRO SE    **No** ✓    Yes ☐
**CHECK ONE:** THIS ACTION SHOULD BE ASSIGNED TO    WHITE PLAINS ☐    MANHATTAN ✓

| DATE | SIGNATURE OF ATTORNEY OF RECORD | ADMITTED TO PRACTICE IN THIS DISTRICT |
|---|---|---|
| 11/30/18 | /s/ John G. Hutchinson | ☐ U.S. GOVERNMENT ATTORNEY |
| | | ☐ NO |
| | | ✓ YES (DATE ADMITTED MO. May YR. 1991) |
| RECEIPT # | | ATTORNEY BAR CODE # JH9328 |

Ruby J. Krajick, Clerk of Court, _____    Dated _____

by Rev. 06/2017