

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

JHUTCHINSON@SIDLEY.COM
+1 212 839 5398

August 22, 2019

**By ECF**

The Honorable Edgardo Ramos
U.S. District Court, Southern District of New York
40 Foley Square
New York, New York 10007

Re: *In the Matter of Non-Party Subpoena Served in:*
*ABN AMRO Capital USA LLC, et al. v. Johnson, et al.*, No. 18-mc-00554 (ER)

Dear Judge Ramos:

We represent AMERRA Capital Management, LLC ("AMERRA") in the above-referenced matter in which AMERRA had moved, pursuant to Rule 45 of the Federal Rules of Civil Procedure, to quash the subpoena for documents (the "Subpoena") issued by the plaintiffs in the proceeding *ABN AMRO Capital USA LLC, et al. v. Johnson, et al.*, No. 2:18-cv-00246 (D.N.J.) (the "New Jersey Action"). We write to inform the Court that, in view of the settlement of the New Jersey Action and order administratively terminating that action issued by the New Jersey court earlier this week, plaintiffs have withdrawn the Subpoena to AMERRA. Accordingly, AMERRA withdraws its motion to quash the Subpoena, and the above-referenced matter can be closed. We appreciate the Court's time and attention to this matter.

Respectfully submitted,

*/s/ John G. Hutchinson*

John G. Hutchinson

cc: All counsel of record (by ECF)

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.